UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ALLEN M. YOCUM, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:17-cv-00064-WTL-MJD |
| | ) |
| STIVERS CONSULTING, INC. and | ) |
| MICHAEL STIVERS, | ) |
| | ) |
|     Defendants. | ) |

### CLERK'S ENTRY OF DEFAULT

This matter is before the clerk of court on Plaintiff's Motion for Entry of Clerk's Default against Defendants Stivers Consulting, Inc. and Michael Stivers (Docket Entry 8) pursuant to Fed. R. Civ. P. 55(a). The record reflects service of summons and the complaint upon Defendants on February 21, 2017 (Docket Entries 6-7). Defendants have failed to file an answer or other responsive pleading within the time required by Fed. R. Civ. P. 12.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Clerk's Default against Defendants Stivers Consulting, Inc. and Michael Stivers (Docket Entry 8) is GRANTED, and the default of these defendants is hereby entered.

Dated this ___ day of _____, 2017.

_____
Clerk of the Court