UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ALLEN M. YOCUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:17-cv-00064-WTL-MJD |
| ) | |
| STIVERS CONSULTING, INC., ) | |
| MICHAEL STIVERS, ) | |
| ) | |
| Defendants. ) | |

ENTRY FROM HEARING ON DAMAGES
AUGUST 15, 2017
<u>HON. WILLIAM T. LAWRENCE, JUDGE</u>

A hearing on Plaintiff's *Motion for Hearing on Damages and Application for Default Judgment* [Dkt. 11] was held in this cause on August 15, 2017. Plaintiff appeared in person and by counsel Robert Kondras. Defendants did not appear. Cathy Jones was the court reporter.

Plaintiff was sworn and gave testimony. Evidence was admitted.

Plaintiff's counsel presents proffer regarding attorney fees.

Plaintiff's counsel is directed to file findings of fact based on testimony and proffer.

Distribution:

Robert Peter Kondras, Jr.
HUNT HASSLER KONDRAS & MILLER LLP
kondras@huntlawfirm.net