UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ALLEN M. YOCUM,                          )
                                         )
                    Plaintiff,           )
                                         )
            v.                           )        No. 2:17-cv-00064-WTL-MJD
                                         )
STIVERS CONSULTING, INC.,                )
MICHAEL STIVERS,                         )
                                         )
                    Defendants.          )

**MINUTE ENTRY FOR NOVEMBER 5, 2018**
**PROCEEDINGS SUPPLEMENTAL AND ORDER TO SHOW CAUSE HEARING**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Plaintiff appeared by counsel and Defendant Michael Stivers appeared in person for

proceedings supplemental. In response to the Court's order to show cause, Defendant Michael

Stivers attempted to explain his failure to appear for the proceedings supplemental hearing

conducted on September 24, 2018. Plaintiff examined Defendant under oath regarding his

assets. The hearing concluded without further order.

Defendant Stivers reported his address to the Court as follows, and the Clerk is directed

to amend the docket accordingly

        783 West Candlewick Circle
        West Terre Haute, IN  47885

Dated:  6 NOV 2018          _____
                            Mark J. Dinsmore
                            United States Magistrate Judge
                            Southern District of Indiana

Distribution:

STIVERS CONSULTING, INC.
783 West Candlewick Circle
West Terre Haute, IN  47885

MICHAEL STIVERS
783 West Candlewick Circle
West Terre Haute, IN  47885

Robert Peter Kondras, Jr.
HUNT HASSLER KONDRAS & MILLER LLP
kondras@huntlawfirm.net